UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PP-TX LLC, § | CIVIL ACTION NO |
| Plaintiff, § | 4:22-cv-02773 |
| § | |
| vs. § | JUDGE CHARLES ESKRIDGE |
| § | |
| KARI CHILDS, § | |
| Defendant. § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff PP-TX LLC brought this action alleging that former employee, Defendant Kari Childs, failed to pay back a signing bonus in accordance with the terms of an employment agreement after her termination for cause. Dkt 5. The matter was referred to Magistrate Judge Christina A. Bryan for disposition. Dkt 9.

The clerk entered default against Childs on September 21, 2022. Dkt 13. Pending is a Memorandum and Recommendation by the Magistrate Judge dated April 3, 2023, recommending that the motion by PP-TX for default judgment be granted. Dkt 17; see Dkt 16. She also recommends that PP-TX be awarded damages in the amount of $109,243.16 for actual damages, post-judgment interest on damages at the federal rate in effect on the date of entry of judgment, and reasonable attorney fees and court costs in the amount of $7,767.50.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 17.

The motion by Plaintiff PP-TX LLC for default judgment is GRANTED. Dkt 15.

Defendant Kari Childs is ORDERED to pay PP-TX (i) $109,243.16 in actual damages, (ii) post-judgment interest on damages at the federal rate in effect on the date of entry of judgment, and (iii) reasonable attorney fees and court costs in the amount of $7,767.50.

A final judgment will enter separately.

SO ORDERED.

Signed on May 31, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge